# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW H. STEVENS, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:20-cv-01230 |
| | : | |
| v. | : | Judge Marbley |
| | : | |
| CITY OF COLUMBUS, OHIO, et al. | : | Magistrate Judge Deavers |
| | : | |
| Defendant. | : | |

### DEFENDANTS CITY OF COLUMBUS AND TIMOTHY J. NOLL'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Defendants City of Columbus ("the City") and Timothy J. Noll ("Noll"), by counsel, respectfully move the Court for an extension of time to file their memorandum in opposition to Plaintiffs' Motion for Preliminary Injunction.  (Doc. 3)  On March 16, 2020, the parties and the Court had a conference call to discuss scheduling issues.  At that time, counsel for Defendants believed in good faith that Defendants' memorandum in opposition to Plaintiffs' motion for preliminary injunction could be filed by March 30, 2020.  Following that conference call, however, more restrictions were placed on Ohio residents due to the COVID-19 pandemic.  As a result of those restrictions, counsel for Defendants were unxcable to meet with the appropriate City of Columbus employees within a timeframe that allowed them to formulate a response to the motion for preliminary injunction and obtain any necessary affidavits.

Counsel for Defendants contacted Plaintiffs' counsel to ascertain whether they were opposed to a two week extension of time, and the City agreed to suspend enforcement of the City Code as it relates to the landscaping which has already been done at Plaintiffs' property, which is the issue in this case.  Unfortunately, the parties have been unable to reach an agreement on the

terms of an agreed order.

Based on the foregoing, Defendants respectfully request a two week extension of time, until April 13, 2020, within which to file their memorandum in opposition to Plaintiffs' motion for preliminary injunction..

        Respectfully submitted,

**CITY OF COLUMBUS, DEPARTMENT OF LAW**
**ZACH KLEIN, CITY ATTORNEY**

s/ Janet R. Hill Arbogast
Janet R. Hill Arbogast (0061955)
Lara N. Baker-Moorish (0063721)
Assistant City Attorneys
77 N. Front Street, 2nd Floor
Columbus, Ohio  43215
Phone: (614) 645-7385
Fax: (614) 645-6949
jrhillarbogast@columbus.gov
lnbaker@columbus.gov
Attorneys for Defendants City of Columbus
and Timothy J. Noll

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on March 30, 2020.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        s/ Janet R. Hill Arbogast
        Janet R. Hill Arbogast
        Assistant City Attorney