**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **ANDREW H. STEVENS**, *et al.*, | : Case No. 2:20-cv-1230 |
| | : |
| **Plaintiffs**, | : Judge Marbley |
| | : |
| -vs- | : Magistrate Deavers |
| | : |
| **CITY OF COLUMBUS, OHIO**, *et al.*, | : |
| | : |
| **Defendants**. | : |
| | : |

## NOTICE OF FILING OF PROPOSED SUMMONS

**To the Clerk of Courts:**

Defendants in this matter have refused to waive service of a summons. Plaintiffs respectfully present the attached summons to the clerk for signature and seal, pursuant to Fed. R. Civ. P. 4(b).

/s/ *Maurice A. Thompson*
Maurice A. Thompson (0078548)
1851 Center for Constitutional Law
122 E. Main Street
Columbus, Ohio 43215
Tel: (614) 340-9817
*MThompson@OhioConstitution.org*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on Defendants' Counsel on May 4, 2020.

Respectfully submitted,
/s/ Maurice A. Thompson
Maurice A. Thompson (0078548)