**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **ANDREW H. STEVENS**, *et al.*, | : Case No. 2:20-cv-1230 |
| | : |
| **Plaintiffs,** | : **Judge Marbley** |
| | : |
| -vs- | : **Magistrate Deavers** |
| | : |
| **CITY OF COLUMBUS, OHIO**, *et al.*, | : |
| | : |
| **Defendants.** | : |

**SUMMONS IN A CIVIL ACTION**

**To:** 1. City of Columbus, at 77 N. Front Street, Columbus, OH 43215

2. Timothy J. Noll, in his official capacity only, at 77 N. Front Street, Columbus, OH 43215

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are as follows:

> Maurice A. Thompson (0078548)
> 1851 Center for Constitutional Law
> 122 E. Main Street
> Columbus, Ohio 43215
> Tel: (614) 340-9817
> *MThompson@OhioConstitution.org*
>
> Sheldon Berns (0000140)
> Majeed Makhlouf (0073853)
> Berns, Ockner & Greenberger, LLC
> 3733 Park East Drive, Suite 200
> Beachwood, Ohio 44122
> Tel: (216) 831-8838, Ext. 205
> *SBerns@BernsOckner.com*
> *MMakhlouf@BernsOckner.com*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

May 5, 2020

*CLERK OF COURT*

Signature of Clerk or Deputy Clerk