**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**Andrew H. Stevens, et al.,**

        **Plaintiff,**

                            **Civil Action 2:20-cv-1230**
    **v.**                           **Judge Marbley**
                                **Magistrate Judge Deavers**

**City of Columbus, et al.,**

        **Defendant.**

## RULE 26(f) REPORT

        Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on <u>August 5, 2020</u> and  was attended by:

<u>Maurice A. Thompson</u>, counsel for plaintiff(s) <u>Andrew H. Stevens, et al.</u>,

_____, counsel for plaintiff(s)_____,

<u>Janet R. Hill Arbogast</u>, counsel for defendant(s) <u>City of Columbus, et al.</u>,

_____, counsel for defendant(s)_____,

Counsel represent that, during the meeting, they engaged in a meaningful attempt to meet and confer on the matters outlined below.

1.     <u>CONSENT TO MAGISTRATE JUDGE</u>

Do the parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)?

_____Yes     <u>X</u>  No

2.     <u>INITIAL DISCLOSURES</u>

Have the parties agreed to make initial disclosures?

<u>X</u>  Yes     _____No     _____The proceeding is exempt under Rule 26(a)(1)(B)

If yes, such initial disclosures shall be made by **<u>September 30, 2020</u>**.

3.     VENUE AND JURISDICTION

Are there any contested issues related to venue or jurisdiction?

_____Yes     __X__No

If yes, describe the issue:

If yes, the parties agree that any motion related to venue or jurisdiction shall be filed by
_____.

4.     PARTIES AND PLEADINGS

   a.  The parties agree that any motion or stipulation to amend the pleadings or to join
       additional parties shall be filed by **September 1, 2020**.

   b.  If the case is a class action, the parties agree that the motion for class certification shall be
       filed by_____.

5.     MOTIONS

   a.  Are there any pending motion(s)?

       __X__Yes     _____No

       If yes, indicate which party filed the motion(s), and identify the motion(s) by name and
       docket number:

       **Plaintiffs' Motion to Certify Important Questions of State Constitutional Law to the
       Ohio Supreme Court, filed June 10, 2020 as Doc. #23.**

   b.  Are the parties requesting expedited briefing on the pending motion(s)?

       _____Yes     __X__No

       If yes, identify the proposed expedited schedule:

       Opposition to be filed by_____; Reply brief to be filed by_____.

6.     ISSUES

Jointly provide a brief description of case, including causes of action set forth in the complaint, and
indicate whether there is a jury demand:

**Plaintiffs have challenged the requirement that landscaping be "compatible" within historic
districts of the City of Columbus and the penalties associated with incompatible landscaping
on constitutional grounds (Due Process and Excessive Fines). The Court has already
determined the Due Process Claims, and only the Excessive Fines Clause remains for
determination.**

2

7.   DISCOVERY PROCEDURES

    a.   The parties agree that all discovery shall be completed by **October 30, 2020**.  The parties agree to schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and to file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so.  If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court. To initiate a telephone conference, counsel are directed to join together on one line and then call the Magistrate Judge's chambers or provide the Court with a call-in number.

    b.   Do the parties anticipate the production of ESI?_____Yes __X__ No

       If yes, describe the protocol for such production:

    c.   Do the parties intend to seek a protective order or clawback agreement?  **No**

       If yes, such order or agreement shall be produced to the Court by_____.

8.   DISPOSITIVE MOTIONS

    a.   Any dispositive motions shall be filed by **November 16, 2020**.

    b.   Are the parties requesting expedited briefing on dispositive motions?

       __X__Yes      _____No

       If yes, identify the proposed expedited schedule:

       Opposition to be filed by **December 14, 2020**; Reply brief to be filed by **December 28, 2020**.

9.   EXPERT TESTIMONY

    a.   Primary expert reports must be produced by_____.

    b.   Rebuttal expert reports must be produced by_____.

10.   SETTLEMENT

Plaintiff(s) will a make a settlement demand by **not applicable**.  Defendant will respond by_____.
The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference. The Court refers cases to settlement throughout the year.  The parties request the following month and year: _____ 20___

3

In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement conference orders which require, *inter alia*, that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

11.     RULE 16 PRETRIAL CONFERENCE

Do the parties request a scheduling conference?

_____Yes, the parties would like a conference with the Court prior to it issuing a scheduling order.   The parties request that the conference take place _____ in chambers_____by telephone.

 **X**  No, a conference is not necessary; the Court may issue a scheduling order after considering this Report.

12.     OTHER MATTERS

Indicate any other matters for the Court's consideration:

**Defendants request a deadline of September 3, 2020, to answer Plaintiffs' Complaint, and Plaintiffs do not oppose this.**

**Plaintiffs maintain some concern about whether the Court has adequately addressed Plaintiffs as-applied claims, such that a remand for further consideration of the evidence may be triggered upon an appeal.  Defendants do not share Plaintiffs concern. The Parties agree that no order of this Court is final and appealable until Plaintiffs' Excessive Fines Clause claim is determined.**

Attorney for Plaintiff(s):                         Attorney for Defendant(s):

Maurice A. Thompson                         Janet R. Hill Arbogast
Counsel for Plaintiffs                          Counsel for Defendants
Bar #0078548                                Bar #0061955


                                             Andrew D. M. Miller
Counsel for _____                    Counsel for Defendants
Bar #_____                          Bar #0074514


Date:  August 6, 2020

4