**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**ANDREW H. STEVENS,e** *et al.*,

       **Plaintiffs,**

                                      Case No. 2:20-cv-1230

      **vs.**                               **Chief Judge Algenon L. Marbley**

                                      **Chief Magistrate Judge Elizabeth P. Deavers**

**CITY OF COLUMBUS, OHIO,** *et al.*,

       **Defendants.**

## ORDER

    Defendants have filed their initial disclosures. (ECF No. 35.) The Court has not ordered Defendants to file this document. Moreover, Defendants have not utilized these initial disclosures in a court proceeding. The Court therefore **STRIKES** Defendants' initial disclosures (*id.*) and **DIRECTS** Defendants to cease filing disclosures until they are used in a proceeding or the Court orders otherwise. *Cf.* Fed. R. Civ. P. 5(d)(1) ("[D]isclosures under Rule 26(a)(1) or (2) . . . must not be filed until they are used in the proceeding or the court orders filing . . . ."). The Court notes, however, that striking these disclosures from the docket "does not prevent [them] from being effective[.]" *Valente v. Univ. of Dayton*, No. 3:08-cv-225, 2009 WL 2132631, at *1 (S.D. Ohio, July 13, 2009).

    **IT IS SO ORDERED.**

                                                      /s/ *Elizabeth A. Preston Deavers*
**DATED: October 1, 2020**             **ELIZABETH A. PRESTON DEAVERS
                                                      CHIEF UNITED STATES MAGISTRATE JUDGE**