

**THE CITY OF COLUMBUS**
CODE ENFORCEMENT
Dana M. Rose, Administrator

Date of Service/Posting **6·25·18**
Order Number: 18440-COA03730
Parcel Number:   010014593

ANDREW HARRIS STEVENS
1734 BRYDEN RD.
COLUMBUS, OH  43205

NOTE:  This property is located in the BRYDEN HISTORIC DISTRICT.

## COLUMBUS CITY CODE VIOLATION NOTICE

Re:  1734-1736  BRYDEN RD

An inspection has been made at the above address on June 22, 2018.

As provided by the Columbus City Code you are hereby given notice to correct the alleged violations listed below within **30** calendar days of the service of this notice unless otherwise noted in this notice, or an approval to a written request for extension is granted by this office.

If the facts represented are incorrect, or if you believe the law is not being interpreted properly, you have the basis for an appeal.  If you believe an appeal is in order, contact the Historic Preservation Office at 111 N. Front Street, Columbus, Ohio 43215 or call (614) 645-8620.  Pursuant to Columbus City Code Section 3118.06:  The Board of Commission Appeals shall not entertain any appeal applied for more then ten (10) days after the date of this notice.  Also Pursuant to Columbus City Code Section 3118.06:  Said appeal shall be submitted on a form provided for that purpose and filed in the Historic Preservation Office.

**Note:**  Failure to comply with this notice is a Misdemeanor of the Third Degree and may be punishable to an individual by a $500.00 fine and sixty (60) days imprisonment.

**Please be advised that another violation of this code(s) may result in criminal or civil court action being initiated against you without another written notice being issued to you by the Code Enforcement Division.**

Any exterior change or alteration requires a certificate of appropriateness from the BRYDEN HISTORIC DISTRICT.  For information, contact CONNIE TORBECK 614-645-0664.

To verify any permit requirements for the work being completed, please check with the Building and Zoning Services Department at 614-645-7433.

**SEE LIST OF VIOLATIONS ON THE ATTACHED PAGE(S)**
Tim Noll
Code Enforcement Officer
(614) 645-7972

PC-3H 031017

Page 1 of 2

**Exhibit B**

Re: 1734-1736 BRYDEN RD

Order Number:
18440-COA03730

| ITEM# | CODE SECTION |
|---|---|
| | COMMENTS |

**Area Commission Guidesheet**

1   3116.04   **Certificate Required**
DWELLING EXTERIOR

1. A RETAINING BRICK WALL HAS BEEN ERECTED IN THE FRONT YARD, WITHOUT FIRST OBTAINING THE REQUIRED CERTIFICATE OF APPROPRIATENESS - 3116.04

CONTACT CONNIE TORBECK WITH HISTORIC PRESERVATION OFFICE AT 614-645-06