.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

**ANDREW H. STEVENS, et al.**

      **Plaintiff(s),**

  v.                                        Case No. 2:20-1230
                                             Chief Judge Algenon L. Marbley
                                             Magistrate Judge Deavers

**CITY OF COLUMBUS, et al.**

      **Defendant(s).**

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

**PURSUANT TO THE OPINION and ORDER** filed on August 12, 2021, Plaintiffs Andrew H. Stevens' and Melanie Copenhaver's [48] Motion for Summary Judgment is **DENIED;** Defendant City of Columbus' [47] Motion for Summary Judgment is **GRANTED**. This case is hereby **DISMISSED.**

Date: August 12, 2021                                     **Richard W. Nagel, Clerk of Court**

                                                           By:   /s/Jodi L. Keener
                                                                         Jodi L. Keener, Deputy Clerk